IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Miller,<br><br>    Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates,<br><br>    Defendant. | No. CV 07-367-TUC-FRZ (BPV)<br><br>**ORDER** |

    Plaintiff has filed a notice of voluntary dismissal with prejudice; no opposition has been filed.  Accordingly, IT IS HEREBY ORDERED that this case is **dismissed with prejudice; the file in this matter shall be closed**.

    DATED this 4th day of March, 2008.

FRANK R. ZAPATA
United States District Judge